U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 0 5 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| **PEGGY GUILLOT** | **CIVIL ACTION NO. 05-858** |
| **VERSUS** | **JUDGE TRIMBLE** |
| **UNUM PROVIDENT CORP** | **MAGISTRATE JUDGE KIRK** |

## JUDGMENT

Upon consideration of the Report and Recommendation [Doc. # 34] filed by Magistrate Judge Kirk and, additionally, the objections filed by plaintiff [Doc. # 33], this Court finds that the decision of the administrator in denying plaintiff's long term disability benefits was not an abuse of discretion and was supported by substantial and concrete evidence. Accordingly, judgment is hereby granted in favor of defendant, Unum Provident Corp., affirming the denial of benefits as determined by the plan administrator, and all claims of plaintiff are hereby DISMISSED with prejudice and at plaintiff's cost.

THUS DONE AND SIGNED in chambers at Alexandria, Louisiana this 5th day of January, 2007.

JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE